# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| LESTER BERNARD JONES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CV413-131 |
| | ) |
| DR. ERIC FOGAM, Medical Director, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Lester Bernard Jones, a Coastal State Prison inmate, has filed a hand-written, 42 U.S.C. § 1983 complaint. Doc. 1. The Court's form complaint requires inmates like Jones, however, to answer critical questions like whether they have filed any prior lawsuits and whether they have administratively exhausted their claims. Therefore, the Clerk is **DIRECTED** to send Jones a form complaint. Within 30 days of the date this Order is served, Jones must file an "Amended Complaint" (restate his case on that form). Should he fail to comply, the Court will recommend dismissal under Fed. R. Civ. P. 41(b).

**SO ORDERED,** this 16th day of July, 2013.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA