IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

LESTER BERNARD JONES,           )
                                )
    Plaintiff,                  )
                                )
v.                              )   CASE NO. CV413-131
                                )
DR. ERIC FOGAM, Medical         )
Director of Coastal State       )
Prison,                         )
                                )
    Defendants.                 )

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 28), to which both Plaintiff (Doc. 32; Doc. 34; Doc. 36) and Defendant (Doc. 31) have filed objections. After a careful de novo review of the record, the Court finds the objections to be without merit. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Defendant's Motion to Dismiss (Doc. 19) is **GRANTED IN PART** and **DENIED IN PART**. As a result, Plaintiff's equal protection claim is **DISMISSED WITHOUT PREJUDICE** for lack of exhaustion, while his claim against Defendant in his individual capacity is **DISMISSED WITH PREJUDICE**. Defendant's request for dismissal of Plaintiff's claim against Defendant in his official capacity is **DENIED** and will proceed to summary

judgment. Finally, Plaintiff's Motions for Preliminary Injunctions (Doc. 3; Doc. 13) are **DENIED**.

SO ORDERED this 26th day of September 2014.

*[signature]*
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA