IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| LESTER BERNARD JONES, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DR. ERIC FOGAM, Medical ) <br> Director of Coastal State ) <br> Prison, ) <br> ) <br> Defendants. ) <br> ) | CASE NO. CV413-131 |

### O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 43), to which no objections have been filed. After a careful review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Defendant's Motion for Summary Judgment (Doc. 41) is **GRANTED** and Plaintiff's complaint is **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 27th day of May 2015.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
MAY 27 2015
CLERK
SO. DIST. OF GA